Ellis N. Crow, Respondent, v. Patrick J. Gleason,

Appellant. — Judgment affirmed, with costs. Opinion by Patterson, J.; dissenting opinion by Van Brunt, P. J.